IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES A. STANLEY and )
DENISE M. STANLEY )   04 - 11998 RCL
                     )
                     )   MAGISTRATE JUDGE Dowley
         Plaintiffs, )
                     )           C.A.
    v.               )
                     )                    RECEIPT # 58703
                     )                    AMOUNT $150
HOME STAR MORTGAGE SERVICES, LLC )        SUMMONS ISSUED YES
                     )                    LOCAL RULE 4.1
                     )                    WAIVER FORM
         Defendant.  )                    MCF ISSUED
                                          BY DPTY. CLK  F.O.M
                                          DATE  9\15\04

**COMPLAINT**

**INTRODUCTION**

1. This action seeks redress against st Mortgage Company for violations of the Truth in Lending Act, 15 U.S.C. § 1601 et seq. ("TILA") and implementing Federal Reserve Board Regulation Z, 12 C.F.R. part 226 and it's Massachusetts counterparts, Massachusetts Consumer Credit Cost Disclosure Act, Mass. G.L. ch. 140D and 209 C.M.R. part 32.

**JURISDICTION AND VENUE**

2. This Court has subject matter jurisdiction over this action under 15 U.S.C. §1640 (TILA), and 28 U.S.C. §§1331 ( general jurisdiction),1332 ( diversity jurisdiction) and 1337 ( interstate commerce) and 1367 ( supplemental jurisdiction). Diversity jurisdiction is applicable as the Plaintiffs are residents of Massachusetts and seek rescission of a $260,000.00 mortgage obligation held by an out of state corporation that does not have it's principle place of business in Massachusetts.

3. Venue in this District is proper under 28 U.S.C. § 1391(b) and (c) because Defendant

does business in this District. Defendant is therefore deemed to reside in this District under 28 U.S.C. § 1391( c).

## PARTIES

4. Plaintiffs James A. & Denise M. Stanley reside at 12 E Street, Hull, MA 02045.

5. Defendant Home Starr Mortgage LLC is a Deleware corporation with its principle place of business located outside the Commonwealth of Massachusetts. The Defendant does business in Massachusetts.

6. Home Star Mortgage Services, LLC enters into more than 5 transactions per year in which credit is extended that is secured by the principal residence of a consumer and is used for purposes other than the initial acquisition or construction of the residence.

7. Home Star Mortgage services LLC is therefore a creditor as defined in TILA and implementing Federal Reserve Board Regulation Z.

## FACTS

8. On or about April 25, 2003, Plaintiffs obtained a loan from Home Star Mortgage Services LLC, secured by their residence, for the purpose of debt consolidation. All of the proceeds of the loan were used for personal, family or household purposes. This loan paid off a prior mortgage obligation due Ameriquest Mortgage Company.

9. In connection with the transaction, Plaintiffs James A. & Denise M. Stanley received or signed a note, a mortgage, a Truth in Lending Statement and A notice of right to cancel. Said right to cancel form is attached hereto as <u>Exhibit A.</u>

10. Because the transaction was secured by Plaintiffs' home, and was not entered into for purposes of the initial acquisition or construction of that home, it was subject to the right to cancel provided by 15 U.S.C. §1635 and 12 C.F.R. §226.23.

11. The copies of the notice of right to cancel actually delivered to James A. & Denise M. Stanley provided only a limited right to cancel for a transaction involving a refinancing with the same lender. The right to cancel forms were accordingly defective and misleading as the Plaintiffs were entitled to receive complete rescission forms of the type involving a refinancing with a different lender.

12. On or about August 23, 2004, the Plaintiffs exercised their extended right to rescind the loan for violations of TILA. A notice of rescission was sent to Home Star Mortgage Services LLC. A Copy of the notice is attached as Exhibit B.

13. The Defendant did not respond to the Plaintiffs' request to rescind the loan.

## COUNT I - TRUTH IN LENDING ACT

14. Plaintiffs incorporate ¶¶ 1-13 as if fully set out herein.

15. By failing to provide the correct version of the notice of right to cancel form to the Plaintiffs, Home Starr Mortgage LLC failed to give Plaintiffs clear and conspicuous notice of their right to cancel, in violation of 15 U.S.C. §1635 and 12 C.F.R. § 226.23.

16. 15 U.S.C. § 1635(g) provides that a court may award damages under section 1640 in addition to rescission. Mass .G.L. ch. 140D § 10(g) is identical except for citation.

17. The failure of the Defendant to respond to the notice of rescission is a separate violation of 15 U.S.C. § 1640 (a) and Mass .G.L. ch. 140D § 32 entitling the Plaintiffs to an

award of statutory damages.

WHEREFORE, Plaintiffs request that the Court enter judgment in favor of Plaintiffs and against Defendant Home Star Mortgage services LLC as follows:

1. A declaration that Plaintiffs are entitled to rescind;

2. Rescission of the loan;

3. Statutory damages;

4. Attorney's fees, litigation expenses and costs.

5. Such other relief as the Court deems appropriate.

Respectfully submitted,

_____
Christopher M. Lefebvre

Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO# 629056

## JURY DEMAND

Plaintiffs demand trial by jury.

_____
Christopher M. Lefebvre

4

# **EXHIBIT A**

# NOTICE OF RIGHT TO CANCEL

| | | REFINANCE |
|---|---|---|
| LENDER: | HOME STAR MORTGAGE SERVICES, LLC<br>W115 CENTURY ROAD<br>PARAMUS, NJ 07652 | DATE 4/25/2003<br>LOAN NO. 5201499200<br>TYPE CONV UNINS |
| BORROWERS/OWNERS | JAMES A. STANLEY DENISE M. STANLEY | |
| ADDRESS<br>CITY / STATE / ZIP<br>PROPERTY | 12 ~~EAST~~ E 45 STREET ms<br>HULL, Massachusetts 02045<br>12 ~~EAST~~ STREET 45 ms<br>HULL, Massachusetts 02045 | |

## YOUR RIGHT TO CANCEL

You are entering into a new transaction to increase the amount of credit previously provided to you. Your home is the security for this new transaction. You have a legal right under federal law to cancel this new transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1) The date of this new transaction, which is  4/25/2003  ; or
(2) The date you received your new Truth In Lending disclosures; or
(3) The date you received this notice of your right to cancel.

If you cancel this new transaction, it will not affect any amount that you presently owe. Your home is the security for that amount. Within 20 calendar days after we receive your notice of cancellation of this new transaction, we must take the steps necessary to reflect the fact that your home does not secure the increase of credit. We must also return any money you have given to us or anyone else in connection with this new transaction.

You may keep any money we have given you in this new transaction until we have done the things mentioned above, but you must then offer to return the money at the address below.

If we do not take possession of the money within TWENTY CALENDAR DAYS of your offer, you may keep it without further obligation.

---

### HOW TO CANCEL

If you decide to cancel this new transaction, you may do so by notifying us in writing, at:

HOME STAR MORTGAGE SERVICES, LLC
W115 CENTURY ROAD
PARAMUS, NJ 07652

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than  MIDNIGHT of  4/29/2003  (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above).

If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

### I WISH TO CANCEL

_____    _____
CONSUMER'S SIGNATURE                                          DATE

---

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective as to all borrowers/owners.

The undersigned each acknowledge receipt of two copies of   NOTICE of RIGHT TO CANCEL

X /s/ James A. Stanley    4/25/03      X /s/ Denise Stanley    4/25/03
BORROWER/OWNER            DATE         BORROWER/OWNER          DATE
JAMES A. STANLEY                       DENISE M. STANLEY

X_____  _____     X_____  _____
BORROWER/OWNER             DATE        BORROWER/OWNER             DATE

---

### CONFIRMATION CERTIFICATE
### DO NOT SIGN UNTIL THREE BUSINESS DAYS HAVE ELAPSED

Three business days have elapsed since the undersigned have received two copies of this document. Each of the undersigned hereby certify and warrant that they have not exercised any right which they may have to rescind the transaction, that they do not desire to do so, and that they ratify and confirm the transaction in all respects.

_____  _____     _____  _____
BORROWER/OWNER             DATE        BORROWER/OWNER             DATE
JAMES A. STANLEY                       DENISE M. STANLEY

_____  _____     _____  _____
BORROWER/OWNER             DATE        BORROWER/OWNER             DATE

~67 (0002)           2/00
VMP MORTGAGE FORMS - (800)521-7291

# EXHIBIT B



FROM THE OFFICE OF THE
## FAMILY AND CONSUMER LAW CENTER

WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
*ATTORNEYS & COUNSELORS AT LAW*

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

August 23, 2004

Home Star Mortgage Services, LLC
W115 Century Rd.
Paramus, NJ 07652

RE: James A. Stanley & Denise M. Stanley, 12 E Street, Hull, MA 02045
**File No. 2002-2495 Loan No. 2160922**

To Whom It May Concern:

    I represent James and Denise Stanley concerning the mortgage loan transaction they entered into with Home Star Mortgage Services, LLC on Oct. 24, 2002. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

    The primary basis for the rescission is that the Stanleys were given improper right to cancel forms in the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

    The security interest held by Home Star Mortgage Services, LLC on the Stanley's property located at 12 E Street, Hull, MA 02045 is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

                                                  Very truly yours,
                                                  James and Denise Stanley,
                                                  By their Attorney,

                                                  Christopher M. Lefebvre
                                                  P. O. Box 479
                                                  Pawtucket, RI 02862