

CSC-Wilmington
2711 Centerville Road Suite 400
Wilmington, DE 19808
800-862-5406
302-636-5454 FAX

FILED
IN CLERKS OFFICE
2004 SEP 28 A 11: 34
U.S. DISTRICT COURT
DISTRICT OF MASS.

September 28, 2004

Christopher M. Lefebvre, Esq.
Family and Consumer Law Center
Two Dexter Street
Pawtucket, RI 02862

Case Name or Matter: James A. Stanley, et al. v. Home Star Mortgage Services LLC
Case # or Matter #: 04-11998 RCL
CSC Transmittal #: 3671289

Dear Mr. Lefebvre:

Corporation Service Company (CSC) received Legal Process in the above referenced matter that names them as a defendant on the Summons only. CSC is a registered agent service provider. As registered agent, CSC has no involvement with the daily business activities of our clients. It is possible that you are attempting to reach an entity for whom we provide registered agent services. If that is the case, the document should have been directed to that company care of the statutory agent at the registered address. You can obtain this information from the Secretary of State, Division of Corporations, or other appropriate state agency.

We would appreciate your prompt action in removing Corporation Service Company as defendant from the above referenced matter as we have no involvement. Please sign the acknowledgement at the bottom of this page and return it to us indicating that you understand that CSC and its affiliated companies are not your intended defendant.

Sincerely,

Jennifer L. Oliver
Litigation Management Services
Corporation Service Company

cc: U.S. District Court, Moakley U.S. Courthouse, 1 Courthouse Way, Ste. 2300,
    Boston, MA 02210

**Acknowledged by:**_____**Date:**_____