UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES A. STANLEY and
DENISE M. STANLEY

C.A. NO. 04-11998 RCL

v.

HOME STAR MORTGAGE
SERVICES, LLC

## AFFIDAVIT OF JOHN K. CROSSMAN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, John K. Crossman, on oath depose and state as follows:

1. I am over 18 years of age, am competent to testify, and have personal knowledge of the facts set forth herein.

2. I am a partner in the law firm of Zuckerman Gore & Brandeis, LLP., 900 Third Avenue, New York, NY 10022, 212 223-6700 (phone), (212) 223-6433 (facsimile).

3. I have been admitted to the practice of law in the following courts:

   State Courts of New York (1987);
   State Courts of Connecticut (1987);
   U. S. District Court (Southern and Eastern District of New York) (1988);
   U.S. Court of Appeals, Second Circuit (1993);
   U. S. Supreme Court (1998);
   U.S. Court of Appeals, Third Circuit (1999);
   U.S. District Court, Northern District of Illinois (1999);
   U.S. Court, District of Colorado (2001);
   U.S. District Court, Northern District of Okalahoma (2001);
   U.S. Court of International Trade (2001); and
   U.S. District Court, Eastern District of Wisconsin (2003).

I am in good standing in each of the courts to which I have been admitted. Certificates of Good Standing for the State of New York and the State of Connecticut are attached hereto.

4. I am eligible to practice in each of the courts to which I have been admitted.

5. I am not currently, nor have I ever been, suspended or disbarred in any jurisdiction.

6. There are not now, nor have there ever been, any disciplinary matters involving me.

**I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON** _October 27_ .

_[signature]_

SOUTHERN DISTRICT OF NEW YORK

Subscribed and sworn to before me this _27th_ day of _October_, 2004.

_[signature]_
Notary Public

FRANK C. WELZER
Notary Public, State of New York
No. 02WE6033002
Qualified in New York County
Commission Expires December 13, 2005



# State of Connecticut
## Supreme Court

I, **Michele T. Angers**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

**Do hereby certify** *that, in the Superior Court at* Hartford *on the* fourth *, day of* December 1987,

John Kolsin Crossman

*of*

New York, NY

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, that the person named above has been and is still a member in good standing of the Bar of this State.*

**In Testimony Whereof**, *I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this* twenty-eighth *day of* October *, 20* 04 *.*

**Michele T. Angers**

*Chief Clerk*



# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JOHN KOLSIN CROSSMAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 7th day of December, 1987 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

October 28, 2004



Clerk

106