# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JAMES A. STANLEY and           )
DENISE M. STANLEY              )
                               )
            Plaintiffs,        )        04-11998-RCL
                               )
        v.                     )
                               )
HOME STAR MORTGAGE SERVICES, LLC )
                               )
            Defendant.         )

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiffs hereby request permission for Cathleen M. Combs to appear pro hac vice in

the above-referenced case. The attorney is a member in good standing of the United States

District Court for the Northern District of Illinois. She neither resides nor maintains an office for

the practice of law within the State of Massachusetts. Christopher M. Lefebvre has been actively

involved in this case from the beginning and will continue to be. He will attend all court

hearings and will accept service on all documents.

Respectfully submitted,

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
    LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. #629256