## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES A. STANLEY and<br>DENISE M. STANLEY | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | 04-11998-RCL |
| v. | ) <br> ) | |
| HOME STAR MORTGAGE SERVICES, LLC | ) <br> ) | |
| Defendant. | ) | |

### AFFIDAVIT OF ATTORNEY TARA L. GOODWIN

I, Tara L. Goodwin, declare under penalty of perjury, as provided for by the laws of the United States (28 U.S.C. §1746) that the following statements are true:

1.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Illinois since 1991.

2.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Executed at Chicago, Illinois, on November 10, 2004.

_____
Tara L. Goodwin

Subscribed and sworn before me this
10ᵗʰ day of November , 2004

_____
Notary Public

Official Seal
Jeffrey Becker
Notary Public State of Illinois
My Commission Expires 02/05/06