## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES A. STANLEY and<br>DENISE M. STANLEY<br><br>   Plaintiffs,<br><br>v.<br><br>HOME STAR MORTGAGE SERVICES, LLC<br><br>   Defendant. | )<br>)<br>)<br>) 04-11998-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF ADMISSION PRO HAC VICE

It appearing to the Court that Tara L. Goodwin, Attorney at Law, states under penalty of perjury that she meets the requirements for admission pro hac vice and that she is in good standing and eligible to practice in all Courts to which admitted, it is therefore,

ORDERED by the Court that the Motion for Admission Pro Hac Vice of Tara L. Goodwin to appear in the United States District Court, District of Massachusetts in the above-reference case be granted.

This _____ day of _____, 2004.

                  _____
                  UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November 2004, I mailed a copy of the foregoing to the following:

Jon M. Anderson
Edwards & Angell, LLP
One Financial Plaza
Providence, RI 02903
(401) 274-9200 (TEL)
(401) 276-6611 (FAX)
janderson@ealaw.com (email)

Patricia A. Sullivan
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 276-6437 (TEL)
(888) 325-9067 (FAX)
psullivan@edwardsangell.com (email)

Christopher M. Lefebvre