UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES A. STANLEY and<br>DENISE M. STANLEY<br><br>v.<br><br>HOME STAR MORTGAGE<br>SERVICES, LLC | :<br>:<br>: C.A. NO. 04-11998 RCL<br>:<br>:<br>:<br>: |

## STIPULATION

By agreement of the parties, it is STIPULATED that Defendant Home Star Mortgage Services, LLC, have through and including December 13, 2004, to move, answer, or otherwise respond to the Complaint in this matter.

_____
Christopher M. Lefebvre (BOB #62905)
LAW OFFICE OF CLAUDE LEFEBVRE
& SONS
P.O. Box 479
Pawtucket, RI 02862
401 728-6060
Attorney for Plaintiffs

_____
Patricia A. Sullivan (BOB# 545376)
Jon M. Anderson (BOB# 557962)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
401 276-6437
Attorneys for Defendant

PRV_683873_1/JANDERSON

## CERTIFICATE OF SERVICE

I, certify that on this 22nd day of November, 2004, I served a copy of the foregoing document upon counsel for the defendant, by first class mail, postage prepaid.

Cathleen M. Combs
Tara L. Goodwin
Edelman, Combs & Latturner, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL  60603

/s/ Jon M. Anderson