UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES A. STANLEY and
DENISE M. STANLEY

v.

HOME STAR MORTGAGE
SERVICES, LLC

C.A. NO. 04-11998 RCL

## STIPULATION

By agreement of the parties, it is STIPULATED that Defendant Home Star Mortgage Services, LLC, has through and including January 6, 2005, to move, answer, or otherwise respond to the Complaint in this matter.

_____
Christopher M. Lefebvre (BOB #629056)
LAW OFFICE OF CLAUDE LEFEBVRE
& SONS
P.O. Box 479
Pawtucket, RI 02862
401 728-6060
Attorney for Plaintiffs

_____
Patricia A. Sullivan (BOB# 545376)
Jen M. Anderson (BOB# 557962)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
401 276-6437
Attorneys for Defendant