UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES A. STANLEY and
DENISE M. STANLEY,

C.A. NO. 04-11998 RCL

v.

HOME STAR MORTGAGE
SERVICES, LLC

### ANSWER

Pursuant to Federal Rule of Civil Procedure 8(b), Defendant Home Star Mortgage Services, LLC, ("Home Star") denies each and every allegation of Plaintiffs' Amended Complaint except that paragraphs 1, 7, 10-13, and 18-35 all state legal conclusions to which no response is required; with regard to paragraph 2, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question); Home Star is unable to admit or deny the allegations set forth in paragraph 4 and 8; and there are no paragraphs 28-33 in the Amended Complaint.

HOME STAR MORTGAGE SERVICES, LLC
By its attorneys,

Patricia A. Sullivan (BOB# 545376)
Jon M. Anderson (BOB# 557962)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
401 276-6437

- 2 -

## CERTIFICATE OF SERVICE

I, certify that on this 6th day of January, 2005, I served a copy of the foregoing document upon counsel for the defendant, by first class mail, postage prepaid.

Christopher M. Lefebvre
Law Office Of Claude Lefebvre
& Sons
P.O. Box 479
Pawtucket, RI 02862

Cathleen M. Combs
Tara L. Goodwin
Edelman, Combs & Latturner, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

_____
Jean M. Anderson