UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES A. STANLEY and
DENISE M. STANLEY,

    v.

HOME STAR MORTGAGE
SERVICES, LLC

C.A. NO. 04-11998 RCL

## RULE 7.1 DISCLOSURE STATEMENT OF
## DEFENDANT HOME STAR MORTGAGE SERVICES, LLC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Opteum Financial Services, LLC (formerly Home Star Mortgage Services, LLC) discloses that it is a limited liability company, that it has no parent corporation, and that there is no publicly traded corporation which owns more than 10% of the stock of Opteum Financial Services, LLC.

    HOME STAR MORTGAGE SERVICES, LLC
    By its attorneys,

    */s/ Jon M. Anderson*
    Patricia A. Sullivan (BOB# 545376)
    Jon M. Anderson (BOB# 557962)
    EDWARDS & ANGELL, LLP
    2800 Financial Plaza
    Providence, RI 02903
    401 276-6437

- 2 -

## CERTIFICATE OF SERVICE

I, certify that on this 12th day of January, 2005, I served a copy of the foregoing document upon counsel for the defendant, by first class mail, postage prepaid.

Christopher M. Lefebvre
Law Office Of Claude Lefebvre
& Sons
P.O. Box 479
Pawtucket, RI 02862

Cathleen M. Combs
Tara L. Goodwin
Edelman, Combs & Latturner, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL  60603

_____
Jan M. Anderson