UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES A. STANLEY and          :
DENISE M. STANLEY             :
                              :   C.A. NO. 04-11998 RCL
         v.                   :
                              :
HOME STAR MORTGAGE            :
SERVICES, LLC                 :

JOINT MOTION TO CANCEL CONFERENCE

Plaintiffs James A. Stanley and Denise M. Stanley and Defendant Home Star Mortgage Services, LLC, jointly move this Court to cancel the conference set down for February 9, 2004. The parties have settled the case and will be filing the necessary papers to effectuate the same with the Court forthwith.

_____
Christopher M. Lefebvre (BOB #629056)
LAW OFFICE OF CLAUDE LEFEBVRE
& SONS
P.O. Box 479
Pawtucket, RI 02862
401 728-6060
Attorney for Plaintiffs

_____
Patricia A. Sullivan (BOB# 545376)
Jon M. Anderson (BOB# 557962)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
401 276-6437
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, certify that on this 7th day of February, 2005, I served a copy of the foregoing document upon counsel for the defendant, by first class mail, postage prepaid.

Cathleen M. Combs
Tara L. Goodwin
Edelman, Combs & Latturner, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

/s/ M. R.