## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| __James A. Stanley et. al__<br>        Plaintiff | CIVIL ACTION |
| V. | NO.  __04-11998__ |
| __Home Star Mortgage Services, LLC__<br>_____   Defendant | |

## SETTLEMENT ORDER OF DISMISSAL

    _____Lindsay_____        D. J.

The Court having been advised on __2/7/05__ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

| | |
|---|---|
| 2/7/05 | /s/ Don Stanhope |
| Date | Deputy Clerk |

(04-11998.wpd - 12/98)                                               [stlmtodism.]